UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  18-cv-60547-COOKE/HUNT

RENE MOREJON,

    Plaintiff,

vs.

JOHNSON CONTROLS, INC.,

    Defendant.                    /

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff, RENE MOREJON, by and through his undersigned counsel, and pursuant to this Court's Order of Referral to Mediation entered on May 7, 2018 [DE#14], hereby files this Notice of Selection of Mediator. The parties have agreed to and selected Marlene Quintana, Esq., Gray|Robinson, 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131 (t: 305-416-6880) as the mediator in this case.

    GALLUP AUERBACH
    4000 Hollywood Boulevard
    Presidential Circle-Suite 265 South
    Hollywood, Florida 33021
    Telephone: (954) 894-3035
    Facsimile: (954) 894-8015
    E-mail: dgallup@gallup-law.com
    *Counsel for Plaintiff*

By:    */s/ Dana M. Gallup*
        DANA M. GALLUP
        Florida Bar No.: 949329

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Dana M. Gallup*
DANA M. GALLUP
Florida Bar No.: 949329

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com

## SERVICE LIST
*Morejon v. Johnson Controls, Inc.*
**CASE NO.: 18-cv-60547-COOKE/HUNT**

| | |
|---|---|
| Dana M. Gallup, Esq.<br>FBN: 949329<br>**GALLUP AUERBACH**<br>4000 Hollywood Boulevard<br>Suite 265 South<br>Hollywood, Florida 33021<br><br>T:  954.894.3035<br>F:  954.894.8015<br><br>E-Mail: dgallup@gallup-law.com<br><br>*Attorney for Plaintiff*<br><br>Via CM/ECF | Grant D. Petersen, Esq.<br>FBN: 0378682<br>grant.peterson@ogletree.com<br><br>Ina F. Young, Esq.<br>FBN: 117663<br>ina.young@ogletree.com<br><br>**OGLETREE, DEAKINS, NASH , SMOAK**<br>   **& STEWART, P.C.**<br>100 North Tampa Street<br>Suite 3600<br>Tampa, FL 33602<br><br>T: (813) 289-1247<br><br>*Attorneys for Defendant*<br><br>Via CM/ECF |